**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MARCUS INGRAM,**<br>**Individually,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BENNETTS REEF INC.**<br>**A Domestic Company**<br><br>**Defendant.** | : | **Case No. 5:24-cv-181** |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Marcus Ingram ("Plaintiff") and Defendant Bennetts Reef Inc. ("Defendant") hereby notify this Court the parties have reached a resolution of this matter. The parties are in the process of finalizing a written settlement agreement and request that this Court stay all proceedings until at such time the parties have consummated said settlement.

*/s/ Pete M. Monismith*
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
Ph: 724-610-1881
Fax: 412-258-1309
Pete@monismithlaw.com
***Attorney for Plaintiff***

*/s/ Sean S. Kelly*
Nick A. Nykulak (0075961)
Sean S. Kelly (0075442)
ROSS, BRITTAIN & SCHONBERG, CO., L.P.A.
6480 Rockside Woods Blvd. South, Suite 350
Cleveland, OH 44131
T: (216) 447-1551 / F: (216) 447-1554
nnykulak@rbslaw.com
skelly@rbslaw.com
***Attorney for Defendant***