**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MARCUS INGRAM,**<br>**Individually,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BENNETTS REEF INC.**<br>**A Domestic Company**<br><br>**Defendant.** | : | **Case No. 5:24-cv-181** |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

Plaintiff Marcus Ingram and Defendant Bennetts Reef, Inc. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 27th day of January 2025.

*<u>/s/ Pete M. Monismith</u>*
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
Ph: 724-610-1881
Fax: 412-258-1309
<u>Pete@monismithlaw.com</u>
***Attorney for Plaintiff***

<u>/s/ Clifford (Sandy) Sanborn</u>
Clifford (Sandy) Sanborn, Esq.
Barron & Redding, P.A.
220 McKenzie Avenue
Panama City, FL 32401
P: (850) 785-7454
F: (850) 785-2999
<u>hmocilan@barronredding.com</u>

***ATTORNEYS FOR DEFENDANT***