**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**MARCUS INGRAM,**

**Plaintiff,**

**v.** **Case No. 5:24-cv-181-AW-MJF**

**BENNETTS REEF INC.,**

**Defendant.**

_________________________________/

**ORDER CLOSING THE FILE**

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 11. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on January 28, 2025.

s/ *Allen Winsor*
United States District Judge